UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUN HEE PAK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA LLC,<br><br>Defendant. | Case No. 24-cv-03321-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on September 17, 2024. Having considered the parties' proposal, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 8, 2024 |
| Close of Fact Discovery | March 14, 2025 |
| Exchange of Opening Expert Reports | April 4, 2025 |
| Exchange of Rebuttal Expert Reports | April 18, 2025 |
| Close of Expert Discovery | May 2, 2025 |
| Dispositive Motion Hearing Deadline | June 26, 2025 at 2:00 p.m. |
| Pretrial Conference | September 23, 2025 at 3:00 p.m. |
| Jury Trial (5 days) | October 6, 2025 at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  **IT IS SO ORDERED.**
4  Dated:    9/18/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge