UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUN HEE PAK, an individual, and YONG SU PAK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 4:24-cv-03321-HSG<br><br>*Judge*: Hon. *Haywood S Gilliam, Jr.*<br><br>**ORDER OF DISMISSAL** |

1  Based on the stipulation of the parties, and good cause appearing therefore,
2  the stipulation is granted. The entire action, including all claims and counterclaims
3  stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE:  3/11/2025            By: _____
                                Hon.  Haywood S Gilliam, Jr.
                                United States District Judge